IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MCCARTHY, | : | |
| Plaintiff | : | Civil Case |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BUCKS, et al. | : | No. 08-1123 |
| Defendants | : | |

ORDER

AND NOW, this 28th day of October, 2010, upon consideration of defendants Dr. Eleanor M. Travers and Bucks County's motion for summary judgment (Doc. # 86), and plaintiff's response thereto (Doc. # 95), it is hereby ORDERED that the motion is GRANTED for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.