IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MCCARTHY, | : | |
| Plaintiff | : | Civil Case |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BUCKS, et al. | : | No. 08-1123 |
| Defendants | : | |

ORDER

AND NOW, this 28th day of October, 2010, upon consideration of defendant Dr. David Davis's motion for summary judgment (Doc. # 89), and plaintiff's response thereto (Doc. # 97), it is hereby ORDERED that the motion is GRANTED for the reasons set forth in the accompanying memorandum. Count I, count IV, and count VI brought against Dr. Davis are dismissed with prejudice.

BY THE COURT:


/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.